951 A.2d 263

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Anthony WRIGHT, Petitioner.**

Supreme Court of Pennsylvania.

June 25, 2008.

## *ORDER*

PER CURIAM.

AND NOW, this 25th day of June, 2008, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

Whether the existence of a voluntary confession precludes a *prima facie* finding that exculpatory results from DNA testing under 42 Pa.C.S. § 9543.1 would establish actual innocence.

951 A.2d 263

**Henry J. MILLER, III, Administrator of the Estate of Peter M. Miller, Deceased, Respondent**

v.

**COMMUNITY HEALTH SYSTEMS, INC., Petitioner.**

**No. 206 EM 2007.**

Supreme Court of Pennsylvania.

June 25, 2008.

## *ORDER*

Petition for Review

PER CURIAM.

**AND NOW,** this 25th day of June, 2008, the Petition for Review and the Application for Stay are hereby **DENIED.**